[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-12911
Non-Argument Calendar

_____

D.C. Docket No. 8:06-cr-00429-JDW-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NEMIAH MARBRA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 11, 2018)

Before WILSON, JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Nemiah Marbra in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marbra's conviction and sentence are **AFFIRMED**.